```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

BRENDA HUFF                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:08CV584TSL-JCS

UNITED STATES OF AMERICA                                 DEFENDANT

## JUDGMENT

In accordance with the court's order entered this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 8th day of June, 2009.


                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE